ACCEPTED
03-14-00090-CR
3897104
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/26/2015 1:17:55 PM
JEFFREY D. KYLE
CLERK



Rosemary Lehmberg ⋆ Travis County District Attorney
P.O. Box 1748 Austin, Texas  78767  •  Telephone: 512-854-9400
•  Fax: 512-854-9695

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/26/2015 1:17:55 PM
JEFFREY D. KYLE
Clerk

January 26, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 121547
Austin, Texas   78711

RE:    Appeal No. 03-14-00090-CR
       *State of Texas v. Paul Ahern*
       Trial Court Cause No. D-1-DC-10-100006
       299th Judicial District Court

To the Honorable Third Court of Appeals:

Now comes the State of Texas and moves for permission to file this

letter brief in response to the appellant's reply brief.

The appellant argues that the State's assertion that the "appellant's

account was implicated in three formal complaints for uploading

hundreds of child pornographic images" was unsupported in the

affidavit.  Reply Brief at 7.  To show this, the appellant argues that

1

"Sgt. Padron confirmed that there were *only* two images of child pornography out of the two hundred fifty one images." Appellant's Reply Brief at 8, emphasis added. The appellant also claims that ".008% of the images [were] *verifiable* images of child pornography." Appellant's Reply Brief at 9, emphasis added. But, Padron does not she say that she considered and excluded all of the other reported images as being child pornographic nor does she say any of the remaining images were unverifiable. Instead, she says that she "personally viewed the images of child pornography possessed and promoted by the suspected party and [that she] believes the images depict visual material that visually depict children younger than 18 years of age at the time the images of the children were made who are engaging in sexual conduct."[1] 6 RR 13.

The State agrees that the affidavit does not itemize or describe more than two of the reported "images that contained child pornography,"

[1] Although the legal inquiry is limited to "the four corners of the affidavit," it is worth noting that at the hearing on the motion to suppress evidence, Sgt. Padron testified that the upload of November of 2008 consisted of 200 uploaded files, "and of them, [the National Center for Missing and Exploited Children] said at least seven appear to contain child pornography. And they usually take a sampling. They don't go through the whole thing. That's where our -- we go through and see the files and then we determine how many." 2 RR 83. Padron wasn't asked the total number of the reported uploaded images that contained child pornography but after the search was executed, forensic analysis turned up 192 images of child pornography, two videos, 62 images of "possible child pornography" and an additional 172 images of "child erotica." 2 RR 86.

2

and for that reason argued "The fact that the appellant's account was implicated in three formal complaints for uploading hundreds of child pornographic images was entitled to some consideration in the magistrate's evaluation of probable cause along with the upload of the two images that were actually verified to be child pornography." State's Brief at 23.

In sum, because the appellant's IP address was reported three times for uploading a combined total of 251 images "that contained child pornography," it is reasonable to say that "appellant's account was implicated in three formal complaints for uploading hundreds of child pornographic images."

### Prayer

The State prays that this Court grant permission to file this letter brief.

Respectfully submitted,

*/s/ Rosa Theofanis*
Rosa Theofanis
Texas Bar No. 24037591
Assistant District Attorney
District Attorney's Office
P.O. Box 1748
Austin, Texas 78767

Phone: 512.854.9400
Fax: 512.854.9695
Email: Rosa.Theofanis@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## Certificate of Compliance and Service

I hereby certify that this brief contains 487 words. I further certify that, on the 26th day of January 2015, a true and correct copy of this brief was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the defendant's attorneys, Kristin Etter and David González, Sumpter & González, 206 E. 9th St., Suite 1511, Austin, Texas, 78701, <Kristin@sg-llp.com>, <david@sg-llp.com>.

*/s/ Rosa Theofanis*
Rosa Theofanis
Assistant District Attorney